Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Anthony Silva

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAY SILVA,<br><br>Defendant. | Case No. 2:25-cr-00194-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE/POSSIBLE CHANGE OF PLEA HEARING OR SETTING OF A TRIAL DATE**<br><br>Judge: Honorable John A. Mendez. |

### STIPULATION

1. By previous order this case was set for status conference on May 19, 2026.

2. By this stipulation, the defendant asks to move the status conference until June 30, 2026 and to exclude time between May 19, 2026 and June 30, 2026 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government does not object to the continuance.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial

BARTH DALY LLP
ATTORNEYS AT LAW

within the original date prescribed by the Speedy Trial Act.

(g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 19, 2026 to June 30, 2026,  inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  April 30, 2026.                      Respectfully submitted,


By____/s/ Kresta Daly for_____
     Matthew Thuesen
     ASSISTANT UNITED STATES ATTORNEY



Dated:  April 30, 2026.                      BARTH DALY LLP


By____/s/ Kresta Nora Daly_____
     KRESTA NORA DALY
     Attorneys for Anthony Silva

- 2 -

STIPULATION AND [PROPOSED] ORDER                                    [Case No. 2:25-CR-00194-JAM]

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, the **further status conference/possible change of plea hearing or setting of a trial date** set for May 19, 2026, is **VACATED** and **RESET** for **June 30, 2026, at 09:00 a.m.** The Court finds excludable time through June 30, 2026, under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: May 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW

- 3 -