Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Anthony Silva

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY SILVA,<br>Defendant. | Case No. 2:25-cr-00194-JAM<br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br>Judge: Honorable John A. Mendez. |

## STIPULATION

1. By previous order this case was set for status conference and/or Change of Plea on July 28, 2026.

2. By this stipulation, the defendant asks to move the status conference until September 8, 2026 and to exclude time between July 28, 2026 and September 8, 2026 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government does not object to the continuance.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 28, 2026 to September 8, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: July 10, 2026. Respectfully submitted,

By /s/ Kresta Daly for
Matthew Thuesen
ASSISTANT UNITED STATES ATTORNEY

Dated: July 10, 2026. BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Anthony Silva

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

The July 28, 2026 **Change of Plea Hearing** is **CONTINUED** to **September 08, 2026, at 09:00 a.m.** The Court finds excludable time through September 08, 2026 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: July 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW