IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY RAY SILVA,

Defendant.

Case No. 2:25-cr-00194-JAM

**THIRD ORDER GRANTING PARTIES' REQUEST TO CONTINUE**

Judge: Honorable John A. Mendez.

The Change of Plea Hearing previously set for November 17, 2026, is hereby **CONVERTED** to a **Status Conference** and **CONTINUED** to **January 26, 2027, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including January 26, 2027, as described in the parties' Stipulation.

**IT IS SO ORDERED.**

Dated: November 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE